**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

Ying Stafford, Esq.
Associate Counsel

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

February 6, 2020

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Via ECF

Re: *United States v. Kevin Delvalle*
17 Cr. 314

Dear Judge Marrero:

Please accept this letter, with consent of A.U.S.A. Jessica Feinstein, to continue the sentencing in this matter, currently scheduled for February 18, 2020, to April 10, 2020 at any time convenient to the Court.

This request is occasioned for two reasons. First, I hope to have addional time to advise the Court of my client's objections to the final presentence report, which has already been approved, and to submit a full sentencing submission, including a report from our mitigation expert. Second, the government would hope to have both defendants' sentences in the case on the same day, as the victim's family members need to travel some distance to attend court and make their statements. The codefendant's sentence is currently scheduled for April 10.

If this is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers post it on ECF. Thank you for your consideration. I remain

Respectfully,
*S/GR Goltzer*
George R. Goltzer

cc: All parties via ECF

Request GRANTED. The sentencing of defendant Kevin Delvalle herein is rescheduled to 4-10-20 at 2:45 p.m.

SO ORDERED.
2-18-20
DATE    VICTOR MARRERO, U.S.D.J.