# George Robert Goltzer
## 152 West 57th Street
## 8th Floor
## New York, NY 10019

**Ying Stafford**  　　　　　　　　　　　　　　　　　　Tel.  212/608-1260
**Associate Counsel**  　　　　　　　　　　　　　　　　Cell 917/553-6704
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 1646/430-8944
　　　　　　　　　　　　　　　　　　　　　　　　　　　grgoltzer@gmail.com

　　　　　　　　　　　　　　　　June 11, 2020

Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 11, 2020

　　　　　　　　　　　　　　　Re: *United States v. Delvalle*
　　　　　　　　　　　　　　　　　　18 Cr.  (VM)

Dear Judge Marrero:

　　　Please accept this letter as an application, with consent of Assistant U.S. Attorney Allison Nichols**,** to continue the sentence of Mr. Delvalle, currently scheduled for July 10, 2020, to any date in the first two weeks of October, 2020 convenient to the Court except October 7. The current restrictions on movement and court appearances will likely be in effect on July 10, and we will not be able to appear in person.

　　　If this application is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　*s/GRGoltzer*
　　　　　　　　　　　　　　　George Robert Goltzer

cc: All parties via ECF

---

Request granted. The sentencing is rescheduled for October 9, 2020, at 3:30 p.m.

**SO ORDERED.**

June 11, 2020
DATE　　　　　　　　　　　VICTOR MARRERO, U.S.D.J.