```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :    17 CR 314 (VM)
    - against -                     :
                                    :    ORDER
KEVIN DELVALLE,                     :
                                    :
             Defendant.             :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a sentencing in the above-referenced matter for October 9, 2020, at 3:30 p.m. The defendant requested, with consent of the Government, an in-person sentencing in December. (See attached letter.) Due to the ongoing coronavirus epidemic, the Court does not expect to resume in-person proceedings at that time. Accordingly, the sentencing will be rescheduled for Friday, February 5, 2021, at 10:30 a.m.

**SO ORDERED.**

Dated:  New York, New York
        24 September 2020

_____
Victor Marrero
U.S.D.J.

# Russell T. Neufeld
### Attorney at Law

**BY E-MAIL**  September 18, 2020

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Kevin Delvalle*
          17-cr-314 (VM)

Dear Judge Marrero:

    This is a request for an adjournment of the defendant, Kevin Delvalle's sentencing hearing, presently scheduled before Your Honor for October 9, 2020. After consulting with your chambers and the government, we request a new hearing date of December 3, 2020, after 12:30 p.m., in the hope that by that date the Court will be holding in-person proceedings.

                                      Respectfully submitted,

                                      */s/ Russell Neufeld*
                                      Russell Neufeld
                                      Co-counsel for Kevin Delvalle

cc.: All counsel by E-Mail