```
                                           ┌──────────────────────────────┐
                                           │ USDC SDNY                    │
                                           │ DOCUMENT                     │
                                           │ ELECTRONICALLY FILED         │
                                           │ DOC #:_____        │
                                           │ DATE FILED:_4/13/2022_       │
                                           └──────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :          **17 CR 314 (VM)**
                                   :
KEVIN DELVALLE,                    :          **ORDER**
                                   :
                    Defendant.     :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant, currently scheduled for June 17, 2022, is hereby rescheduled for Friday, July 8, 2022 at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
          13 April 2022

                                        Victor Marrero
                                        U.S.D.J.