USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          -v-

KEVIN DELVALLE,

                      Defendant.

17 Cr. 314 (VM)

ORDER

**VICTOR MARRERO, District Judge:**

    The Clerk of Court is respectfully directed to mail a copy of the Court's Order at Dkt. No. 162 and a copy of the current docket sheet to Kevin Delvalle, Register Number 28001-055, McKean FCI, 6975 Route 59, Lewis Run, Pennsylvania 16738, and note service on the docket.

    **SO ORDERED.**

Dated: 13 February 2024
       New York, New York

_____
Victor Marrero
U.S.D.J.