```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/4/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                  - against -

KEVIN DELVALLE,

                Defendant.

**17 Cr. 314 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

      Defendant Kevin Delvalle ("Delvalle") filed a *pro se* Motion for Leave to File Motion for Reconsideration and Motion for Reconsideration ("Motion for Reconsideration," Dkt. No. 165) of the Court's order issued on January 25, 2024 (Dkt. No. 162), in which the Court denied Delvalle's motion for a sentence reduction ("Motion for Sentence Reduction," Dkt. No. 159). In his Motion for Reconsideration, Delvalle argues that the Court erred in failing to address all of the claims for relief raised in his Motion for Sentence Reduction.

      The Government is hereby directed to respond to Delvalle's Motion for Reconsideration (Dkt. No. 165) within thirty (30) days of the date of this Order.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Kevin Delvalle, Register Number 28001-055, McKean FCI, 6975 Route 59, Lewis Run, Pennsylvania 16738, and note service on the docket.

**SO ORDERED.**

```
Dated:      4 April 2024
            New York, New York
```

Victor Marrero
U.S.D.J.