USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DELVALLE,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.

24-CV-9587 (VM)

17-CR-0314-3 (VM)

ORDER TO ANSWER, 28 U.S.C. § 2255

VICTOR MARRERO, United States District Judge:

    The Court is in possession of Movant's motion to amend his motion brought under 28 U.S.C. § 2255 by bringing additional grounds for relief. The Court hereby GRANTS Petitioner's motion to amend. In light of Petitioner's additional grounds for relief, the Court hereby ORDERS that:

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    The deadlines in the Court's December 18, 2024, Order are superseded by the deadlines in this Order.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    January 10, 2025
             New York, New York

                                                  VICTOR MARRERO
                                                  United States District Judge